UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KRIS MACAVINTA                            JURY TRIAL DEMANDED

v.                                            CASE NO.  3:07CV

LAW OFFICES HOWARD LEE SCHIFF, P.C.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5.  Defendant is a debt collector within the FDCPA.

6. Defendant violated the FDCPA in connection with collection efforts on a disputed Capital One account.

7. Defendant continued collection efforts after receipt on July 27, 2007 of plaintiff's request for verification of the $321.95 amount demanded.

8. On August 10, defendant sent plaintiff a 75% settlement letter.

9. On August 20, defendant issued a small claims writ for $321.95.

10. On September 18, defendant sent him "verification" which did not even verify the (increased) $356 claimed due in the cover letter.

11. Defendant continues its collection efforts despite utter lack of verification of the amount being sought.

12. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f(1), or -g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication from defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                THE PLAINTIFF

                BY__/s/ Joanne S. Faulkner__
                JOANNE S. FAULKNER ct04137
                123 AVON STREET
                NEW HAVEN, CT 06511-2422
                (203) 772-0395
                j.faulkner@snet.net